Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Defendants USMF Meadows Propco LLC et al.*

**UNITED STATES DISTRICT COURT**

**DISTRIT OF NEVADA (RENO)**

| | |
|---|---|
| ERIN ROBERTSON,<br><br>Plaintiff,<br><br>vs.<br><br>INSURANCE PIPELINE, INC.<br><br>Defendants. | Case No.: 3:25-cv-00294-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION FOR DEFENDANT'S EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUST)** |

Defendant Insurance Pipeline, Inc. and Plaintiff Erin Robertson, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and District of Nevada Local Rule I.A. 6-1, submit this Joint Stipulation that Defendant shall have a 30-day extension of time to respond to Plaintiff's Complaint (D.E. 1), and state as follows:

1. On June 11, 2025, Plaintiff Erin Robertson filed her Complaint. D.E. 1.

2. On June 26, 2025, Defendant Insurance Pipeline, Inc. was served with the Summons and Complaint. D.E. 7.

3. Defendant's response to the Complaint is currently due on Thursday, July 17, 2025.

4. With the deadline approaching, Defendant reached out to Plaintiff's counsel to seek a 30-day extension of time to file a response to the Complaint. And Plaintiff's counsel agrees to the requested 30-day extension for Defendant to respond to the Complaint.

5. Defendant's counsel requires additional time to meet with its client and review the

1  relevant documentation and factual allegations in the Complaint, analyze the claims to formulate

2  defenses to be included in the responsive pleadings, and conduct substantive legal research on the

3  case law and statutes cited in the Complaint, including the Telephone Consumer Protection Act

4  established in 47 U.S.C. § 227 ("TCPA") and 47 C.F.R. § 64.1200.

5      6. Defendant and Plaintiff now file this Joint Stipulation, pursuant to District of Nevada

6  Local Rule I.A. 6-1, for Defendant's response to the Complaint to be due on Thursday, August 17,

7  2025.

8      7. This is the first stipulation for an extension of time to respond to the Complaint.

9      8. Pursuant to District of Nevada Local Rule I.A. 6-2, a proposed order appears on the

10  last page of this stipulation.

Dated: July 15, 2025

Respectfully submitted,

By: */s/Phillip Silvestri*
**Phillip Silvestri**
Nevada Bar No. 11276
**GREENSPOON MARDER LLP**
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
(702) 978-4249
Email: phillip.silvestri@gmlaw.com

**Jeffrey Gilbert**
*(Pro Hac Vice to be Filed)*
Florida Bar No. 375411
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761
Email 1: jeffrey.gilbert@gmlaw.com
Email 2: melissa.fernandez@gmlaw.com

*Attorneys for Defendant*

By: */s/ Patrick Harry Peluso*
**Patrick Harry Peluso (*Pro Hac Vice*)**
Peluso Law LLC
865 Albion Street, Suite 250
Denver, CO 80220
720-805-2008
Email: ppeluso@pelusolawfirm.com

**Kevin L. Hernandez**
Nevada Bar No. 12594
**Law Office of Kevin L. Hernandez**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
702-563-4450
Email: kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff and Proposed Class*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 15, 2025

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4255 / Fax: (954) 771-9264