Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Parkway Ste. 400
Las Vegas, Nevada 89169
Direct Dial: (702) 978-4249
E-Mail: phillip.silvestri@gmlaw.com

Jeffrey Gilbert, Esq.
(Pro hac vice application to be submitted)
Greenspoon Marder LLP
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Dial: 305-789-2761
Email 1: jeffrey.gilbert@gmlaw.com
Email 2: melissa.fernandez@gmlaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| ERIN ROBERTSON, <br><br> Plaintiff, <br><br> v. <br><br> INSURANCE PIPELINE, INC., <br><br> Defendant. | Case No. 3:25-cv-00294-MMD-CLB <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(SECOND REQUEST)** |

Defendant Insurance Pipeline, Inc. and Plaintiff Erin Robertson, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and District of Nevada Local Rule I.A. 6-1, submit this Second Joint Stipulation that Defendant shall have an additional 30-day extension of time to respond to Plaintiff's Complaint (D.E. 1), and state as follows:

1. On June 11, 2025, Plaintiff Erin Robertson filed her Complaint. D.E. 1.
2. On June 26, 2025, Defendant Insurance Pipeline, Inc. was served with the Summons and Complaint. D.E. 7.

3. On July 15, 2025, the parties filed a Joint Stipulation for Extension of Time for Defendant's Extension of Time to Respond to Plaintiff's Complaint, and the Court granted the Stipulation. D.E. 8, 9.

4. Defendant's response to the Complaint is currently due on Monday August 18, 2025.

5. With the deadline approaching, Defendant reached out to Plaintiff's counsel to seek an additional 30-day extension of time to file a response to the Complaint. And Plaintiff's counsel agrees to the requested 30-day extension for Defendant to respond to the Complaint.

6. The parties are exploring a potential settlement. This additional extension will facilitate those settlement discussions.

7. Further, Defendant's counsel has multiple upcoming deadlines in both federal and state court.

8. Defendant and Plaintiff file this Joint Stipulation, pursuant to District of Nevada Local Rule I.A. 6-1, for Defendant's response to the Complaint to be due on Tuesday, September 16, 2025.

9. This is the second stipulation for an extension of time to respond to the Complaint.

10. Pursuant to District of Nevada Local Rule I.A. 6-2, a proposed order appears on the last page of this stipulation.

Dated this 13th day of August, 2025                    Respectfully submitted by:

By:/s/Phillip Silvestri
**Phillip A. Silvestri, Esq.**
Nevada Bar No. 11276
**Greenspoon Marder LLP**
3993 Howard Hughes Parkway Ste. 400
Las Vegas, Nevada 89169
Direct Dial: (702) 978-4249
Email: phillip.silvestri@gmlaw.com

**Jeffrey Gilbert, Esq.**
(Pro hac vice application to be submitted)
**Greenspoon Marder LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Dial: 305-789-2761
Email: jeffrey.gilbert@gmlaw.com

*Attorneys for Defendant*

By:/s/ Patrick Harry Peluso
**Patrick Harry Peluso (*Pro Hac Vice*)**
**Peluso Law LLC**
865 Albion Street, Suite 250
Denver, CO 80220
720-805-2008
Email: ppeluso@pelusolawfirm.com

**Kevin L. Hernandez**
Nevada Bar No. 12594
**Law Office of Kevin L. Hernandez**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
702-563-4450
Email: kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff and Proposed Class*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2025

**CERTIFICATE OF SERVICE**

WE HEREBY CERITFY that on August 13, 2025, a true and correct copy of the foregoing was filed with this Court using CM/ECF, which sends notice to all parties registered for electronic service.

<u>/s/ Phillip A. Silvestri, Esq.</u>